The Law Office of
# MARTIN J. SIEGEL
220 No. Broadway
Pennsville, New Jersey
08070

| | |
|---|---|
| Martin J. Siegel, NJ & DE* | Phone (856) 678-6700 |
| Angela M. LaManna, NJ | Fax (856) 678-2803 |
| Karin M. Wood, NJ | E-mail: MartySiegel@siegelattorney.com |
| | |
| *Licensed to Practice | <u>Delaware Office</u> |
| Before all New Jersey | Creekwood Office Complex |
| and Delaware State and Federal | 910 W. Basin Road, Ste. 100 |
| Courts and the United States | New Castle, DE 19720 |
| Third Circuit Court of Appeals | Phone: (302) 325-2400 |
| | Fax: (302) 325-2780 |

August 8, 2008

Magistrate Mary Pat Thynge
J.Caleb Boggs Federal Building
844 N. King Street, Room 2124
Lockbox 8
Wilmington, DE 19801

    *Re:*    *United States of America v. Ayomide M. Akinuli*
              *Case No.: 08-115-M*

Dear Magistrate Thynge:

    I am writing to request an extension of the deadline date for pretrial motions to be filed in the above referenced matter. The reason for this request is because I am leaving for vacation today and not returning until Monday, August 18, 2008.

    Thank you for your attention in this matter. Should you have any questions, please do not hesitate to contact me.

                        Sincerely yours,

                        /s/Martin J. Siegel

                        MARTIN J. SIEGEL
                        Attorney at Law

cc: Lesley Wolf, Esquire – Assistant District Attorney